FOURTH DISTRICT.

Jennie Reed, administratrix of the estate of Lincoln Reed, deceased, appellant, v. Cecil Bergin, appellee.

Opinion filed November 9, 1936.   Rehearing denied December 14, 1936.

F. M. Guinn, for appellant.   Matheny & Welker, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.